IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:07-CR-408-TWT |
| TERRILL M. CRANE, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 31] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment and to Declare 18 U.S.C. 2251 Unconstitutional as Applied [Doc. 21]. The Magistrate Judge correctly relied upon New York v. Ferber, 458 U. S. 747 (1982) in denying the Defendant's motion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Indictment and to Declare 18 U.S.C. 2251 Unconstitutional as Applied [Doc. 21] is DENIED.

SO ORDERED, this 25 day of November, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge